IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00205-CMA-KLM

RODOLFO CURIEL, on his own behalf and on behalf of all others similarly situated,

    Plaintiff,

v.

THE GARLIC KNOT, LLC, a Colorado limited liability company, and
THE GARLIC KNOT EXPRESS, LLC, a Colorado limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [Docket No. 26; Filed June 17, 2011] (the "Motion").  The parties represent that they have reached a settlement of the matter and are in the process of finalizing settlement documents.  The parties request a stay of pending case deadlines until the settlement has been effected.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Case deadlines are stayed pending resolution of the settlement.[1]  To that end,

    IT IS FURTHER **ORDERED** that the parties shall file settlement documents for the Court's approval on or before **July 18, 2011**.

    Dated:  June 17, 2011

---

[1] Currently set conferences shall remain set until resolution of the settlement.