**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00205-CMA-KLM

RODOLFO CURIEL, on his own behalf and on behalf of all others similarly situated,

    Plaintiff,

v.

THE GARLIC KNOT EXPRESS, LLC, a/k/a THE GARLIC KNOT, LLC,
   a Colorado limited liability company,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the court on the parties' Stipulation for Dismissal with Prejudice (Doc. # 37).  Having reviewed the Stipulation and being fully advised of the premises therein, the Court,

HEREBY ORDERS that the above-captioned action and all claims asserted therein are dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs, except as otherwise agreed among the parties.

    DATED: August 8, 2011.

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge